**CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF MISSISSIPPI

CASE NO. __17-11950__

Debtor __Mary D Bougard__    SS# __xxx-xx-9997__    Median Income ☐ Above ☑ Below
Joint Debtor ____    SS# ____
Address __838 Saint Paul Road Byhalia, MS 38611-0000__

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured / priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of __60__ months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A)    Debtor shall pay $ __325.00__ per **(monthly / semi-monthly / weekly / bi-weekly)** to the Chapter 13 Trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

Kid's World Daycare, INC
19 Chase Street
Byhalia, MS 38611

(B)    Joint Debtor shall pay $ ____ per **(monthly / semi-monthly / weekly / bi-weekly)** to the Chapter 13 Trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

**PRIORITY CREDITORS.**
Filed claims that are not disallowed to be paid in full or as ordered by the Court as follows:

| | | | |
|---|---|---|---|
| Internal Revenue Service: | $ 0.00 | @ 0.00 | /month |
| Mississippi Dept. of Revenue: | $ 0.00 | @ 0.00 | /month |
| Other/ ____ | $ 0.00 | @ 0.00 | /month |

**DOMESTIC SUPPORT OBLIGATION** DUE TO: ____
-NONE-
POST PETITION OBLIGATION: In the amount of $ ____ per month beginning ____ .
To be paid ____ direct, ____ through payroll deduction, or ____ through the plan.
-NONE-
PRE-PETITION ARREARAGE: In the total amount of $ ____ through ____ shall be paid the amount of $ ____ per month beginning ____
To be paid ____ Direct ____ through payroll deduction ____ through the plan.

**HOME MORTGAGES.** All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.
MTG PMTS TO: ____ BEGINNING ____ @$ ____ PLAN DIRECT
MTG ARREARS TO: ____ THROUGH ____ $ ____ @$ ____ /MO*
(*Including interest at 5 %)

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**
Creditor: __Bayview__    Approx. amt. due: __$9,281.58__    Int. Rate: __5%__
Property Address: __838 Saint Paul Road Byhalia, MS 38611__    Are related taxes and/or insurance escrowed    Yes    No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under

Debtor's Initials __MB__    Joint Debtor's Initials ____    CHAPTER 13 PLAN, PAGE 1 OF 2

11 U.S.C. 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| Ford Credit | 2012 Ford Fusion | | 18,375.12 | 9,405.00 | 5.00% | Pay Value |
| Merchants & Farmers Bank | 97 GMC 1500 Extended Cab | X | 1,527.18 | 3,298.00 | 5.00% | Amt. Owed |

*The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| 1st Franklin Financial | Loan | 2,005.00 | Avoid lien |
| Fidelity National Loans | Loan | 1,974.00 | Avoid lien |
| Republic Finance | Loan | 3,564.00 | Avoid lien |
| Third Union Finance | Loan | 235.00 | Avoid lien |
| Ford Motor Credit | 2011 Ford Focus | 14,209.09 | Surrender property |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
| -NONE- | | | |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments: * Claim of Bayview to be paid as follows: Principal balance of $9,281.58 to be paid with 5% interest. Remainder of claim consists of non-interest bearing items and will be paid without interest.

**GENERAL UNSECURED DEBTS** totaling approximately $ __31,449.72__ . Such claims must be timely filed and not disallowed to receive payment as follows: ____ IN FULL (100%) or ____% (percent) MINIMUM, or a total distribution of $____, with the Trustee to determine the percentage distribution. **Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.**

Total Attorney Fees Charged $ 3,200.00
Attorney Fees Previously Paid $ 1,250.00
Attorney fees to be paid in plan $ 1,950.00

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

| Automobile Insurance Co/Agent | Attorney for Debtor (Name/Address/Phone # / Email) |
|---|---|
| | Melissa A. Harrison MSB 100046 |
| | P.O. Box 1701 |
| | Tupelo, MS 38802 |
| Telephone/Fax | Telephone/Fax  662-269-3543 |
| | Facismile No.  662-269-3544 |
| | E-mail Address  mharrison@melissaharrisonlaw.com |

DATE: February 28, 2018    DEBTOR'S SIGNATURE    /s/ Mary D Bougard
JOINT DEBTOR'S SIGNATURE
ATTORNEY'S SIGNATURE    /s/ Melissa A. Harrison MSB